UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
DOROTHY J. BARTLETT § Case No. 15-35487
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 188,300.00                Assets Exempt: 44,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  0.00     Claims Discharged
                                            Without Payment:  287,963.00

Total Expenses of Administration:  12,075.09

3) Total gross receipts of $ 32,272.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,197.42 (see **Exhibit 2**), yielded net receipts of $ 12,075.09 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 203,663.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,075.09 | 12,075.09 | 12,075.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 84,300.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 287,963.00 | $ 12,075.09 | $ 12,075.09 | $ 12,075.09 |

4) This case was originally filed under chapter 7 on 10/19/2015 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/22/2018           By: /s/BRENDA PORTER HELMS, TRUSTEE
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Surplus funds from foreclosure | 1210-000 | 32,272.51 |
| **TOTAL GROSS RECEIPTS** | | **$ 32,272.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dorothy Bartlett | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 20,197.42 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 20,197.42** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank Home Equity Loan P.O. Box 24714 Columbus, OH 43224 | | 77,951.00 | NA | NA | 0.00 |
| | Citi Mortgage P.O. Box 6243 Sioux Falls, SD 57117-6243 | | 117,287.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage County Collector 421 S. County Farm Rd Wheaton, IL 60187 | | 2,425.00 | NA | NA | 0.00 |
| | Honda Financial Services P.O. Box 5308 Elgin, IL 60121-5308 | | 6,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 203,663.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 1,957.51 | 1,957.51 | 1,957.51 |
| Associated Bank | 2600-000 | NA | 100.46 | 100.46 | 100.46 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| Giagnorio & Robertelli, Ltd. | 3210-000 | NA | 1,470.00 | 1,470.00 | 1,470.00 |
| Giagnorio & Robertelli, Ltd. | 3220-000 | NA | 219.00 | 219.00 | 219.00 |
| Urban Assets Recovery Solutions, LLC | 3731-000 | NA | 8,068.12 | 8,068.12 | 8,068.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 12,075.09** | **$ 12,075.09** | **$ 12,075.09** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank P.O. Box 24714 Columbus, OH 43224 | | 4,700.00 | NA | NA | 0.00 |
| | FIA Card Services- Visa P.O. Box 851001 Dallas, TX 75285-1001 | | 50,300.00 | NA | NA | 0.00 |
| | Nordstrom P.O. Box 13589 Scottsdale, AZ 85276 | | 2,800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U.S. Bank 435 Forest Av Glen Ellyn, IL 60137 | | 26,500.00 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 84,300.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-35487 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DOROTHY J. BARTLETT | | | | Date Filed (f) or Converted (c): | 10/19/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/10/2015 |
| For Period Ending: | 05/22/2018 | | | | Claims Bar Date: | 12/14/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 62 N. PARK BLVD, GLEN ELLYN IL 60137  Stay lifted per order 12/4/15 [dkt 18] | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT AT COMMUNITY BANK OF GLEN ELLYN | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT AT COMMUNITY BANK OF GLEN ELLYN | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Books/Collectibles | 450.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry | 700.00 | 0.00 | | 0.00 | FA |
| 9. FIDELITY IRA | 24,000.00 | 0.00 | | 0.00 | FA |
| 10. Surplus funds from foreclosure (u)  Trustee reopened case to administer surplus funds from foreclosure per order 7/7/17 [dkt 27] | 0.00 | 32,000.00 | | 32,272.51 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $232,300.00 | $32,000.00 | | $32,272.51 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/17: Case was reopened due to foreclosure surplus funds with DuPage County Clerk.  Attorney has been hired to retrieve same.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-35487 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DOROTHY J. BARTLETT | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3904 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8081 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/22/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/13/17 | 10 | DuPage County Sheriff Chancery Surplus Trust | Turnover of mortgage surplus funds | 1210-000 | $32,272.51 | | $32,272.51 |
| 11/03/17 | 101 | Urban Assets Recovery | Research fee court order 8/11/17 (dkt 32) | 3731-000 | | $8,068.12 | $24,204.39 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.76 | $24,179.63 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.81 | $24,139.82 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.89 | $24,103.93 |
| 04/11/18 | 102 | The Helms Law Firm P.C. | trustee compensation; Dkt #49 entered 4/6/18 | 2100-000 | | $1,957.51 | $22,146.42 |
| 04/11/18 | 103 | Giagnorio and Robertelli | trustee atty fees: Dkt #48 entered 4/9/18 | 3210-000 | | $1,470.00 | $20,676.42 |
| 04/11/18 | 104 | Giagnorio and Robertelli | Attorney for Trustee Expenses (Other Firm) Dkt #48 entered 4/9/18 | 3220-000 | | $219.00 | $20,457.42 |
| 04/11/18 | 105 | Dorothy Bartlett | Surplus funds to debtor | 8200-002 | | $20,197.42 | $260.00 |
| 04/11/18 | 106 | Clerk U.S. Bankruptcy Court | Reopening fee | 2700-000 | | $260.00 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $32,272.51 | $32,272.51 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $32,272.51 | $32,272.51 |
| Less: Payments to Debtors | $0.00 | $20,197.42 |
| Net | $32,272.51 | $12,075.09 |

Page Subtotals:     $32,272.51     $32,272.51

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3904 - Checking | $32,272.51 | $12,075.09 | $0.00 |
| | $32,272.51 | $12,075.09 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $32,272.51 |
| Total Gross Receipts: | $32,272.51 |

Page Subtotals: $0.00　　$0.00